UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**NAKENIA JOHNSON**               **CIVIL ACTION NO. 6:09-cv-0113**

**VERSUS**                        **JUDGE DOHERTY**

**HOSPITAL CORPORATION OF         MAGISTRATE JUDGE HANNA
AMERICA AND
DAUTERIVE HOSPITAL**

*RULING ON MOTION
TO COMPEL ADDITIONAL DEPOSITION TIME*

**(Rec. Doc. 39)**

Before the court is the motion to compel additional deposition time (Rec. Doc. 39), which was filed by the defendants, HCA Inc. d/b/a Hospital Corporation of America and Dauterive Hospital. Pursuant to a request by the movers, the motion was set for hearing, on an expedited basis, and oral argument was heard on May 26, 2010. The motion was opposed.

Present in court were the plaintiff, Nakenia Johnson, and her counsel Dan M. Scheuermann. Also present in court was Suzanne M. Risey, counsel for the defendants.

*Background and Argument*

On April 20, 2010, the plaintiff was deposed. The deposition began at 10:01 a.m. During the deposition, multiple breaks were taken and allegedly repetitive questions were asked. At 6:55 p.m., the plaintiff's counsel terminated the deposition on the basis that the

seven hours permitted for a deposition under FRCP 30(d) had expired. The defendants now seek additional time to complete the plaintiff's deposition.

### *Discussion and Conclusion*

After review of the pleadings, consideration of oral argument by the parties, and analysis of applicable law,

**IT IS ORDERED** that the defendants' motion (Rec. Doc. 39) is **GRANTED IN PART,** and the plaintiff's deposition will resume on June 3, 2010, at the conclusion of other depositions that are already scheduled to take place on that date, and will last for no more than one and one-half hours.

Signed at Lafayette, LA this 26th day of May 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)